REVELONE, INC., Appellant, v. ARLIND REALTY CORPORATION et al., Respondents, et al., Defendants.— Order entered December 15, 1947, insofar as it adheres, on rehearing, to the original decision which granted the motion of defendants-respondents for summary judgment dismissing the complaint unanimously reversed, without costs; and otherwise affirmed. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 958.]

DAVID B. BARASH, Respondent, v. MARGOT DRESSES, INC., et al., Appellants.— Order unanimously modified by striking out of the complaint paragraphs 3, 5, 7, 10, 13, 21, 23, 25, 28, 31, 37, 39, 41, 44 and 47, and, as so modified, affirmed, with $20 costs and disbursements to the appellants, with leave to the defendants to answer within ten days after entry of order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

EASTERN STATES ELECTRICAL CONTRACTORS, INC., et al., Appellants, v. NEW YORK CASUALTY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 964.]

NEW YORK CASUALTY COMPANY, Appellant, v. PETER R. KUHN et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for summary judgment in favor of plaintiff granted as demanded in the complaint on the ground that there are no triable issues. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 964.]

NEW YORK CASUALTY COMPANY, Respondent, v. PETER R. KUHN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 964.]

ALFRED G. BENNETT, Plaintiff, v. LONG ISLAND RAIL ROAD COMPANY, Respondent, and AUGUST POSILLICO, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MARJORIE RAGON et al., Plaintiffs, v. LONG ISLAND RAIL ROAD COMPANY, Respondent, and AUGUST POSILLICO, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MEYER EDELSTEIN, Respondent, v. MAURICE RABIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

DELLA GUISE, Respondent, v. MANGEORGE REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LEARY, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

FREDERIC P. WARFIELD, Appellant-Respondent, v. PENMAC CORPORATION, Defendant, and EVERSHARP, INC., Respondent-Appellant.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

JOSE C. DE FIGUEROLA, Respondent, v. MCGRAW-HILL PUBLISHING COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disburse-

ments, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [190 Misc. 799.] [See *post*, p. 957.]

In the Matter of LESLIE LEASING CORP., Appellant. JOHN L. JERRO et al., Doing Business as JERRO BROS., et al., Respondents.— Order unanimously affirmed, with costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 894.]

FIDELITY & DEPOSIT COMPANY OF MARYLAND, Appellant, v. PERCY URIS et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 958.]

GLOBE MAIL SERVICE, INC., Appellant, v. GEORGE L. GREEN et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 957.]

DAVID FASS et al., Appellants, v. SAMUEL SABORSKY et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

LOUISE A. BECKER, as Administratrix of the Estate of HERMAN A. BECKER, Deceased, Respondent, v. SOCONY-VACUUM OIL COMPANY, INCORPORATED, Appellant.— Orders unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Nassau all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

TRANSAMERICA GENERAL CORPORATION, Appellant, v. FRANK A. ZUNINO, Respondent.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HERMAN A. LINDE et al., Copartners Doing Business under the Name of LINDE FACTORS, Respondents, v. CONSTABLE HOOK SHIPYARD, INC., Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HARRY HOROWITZ, Individually and as Officer, Director and Stockholder of SEFER PUBLISHING & BOOKBINDING CO., INC., Respondent, v. SEFER PUBLISHING & BOOKBINDING Co., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

AARON STREICHLER et al., Copartners Doing Business as STREICHLERS EXPRESS Co., Respondents, v. S. S. STAFFORD, INC., Appellant.— Order, so far as appealed from, unanimously modified by eliminating all of item 7 of the notice of motion and as so modified affirmed, with $20 costs and disbursements to the respondents. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

RUTH K. SCHWARTZ, Appellant, v. JOSEPH A. SCHWARTZ, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.